# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01618-DOC-(KESx) | Date | October 17, 2022 |
| Title | Charles David Michie Jr. v. Jaguar Land Rover North America, LLC | | |

**PRESENT:**

**HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Courtsmart |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Chelsea Hollins                                               Bryan Reynolds

**PROCEEDINGS:    SCHEDULING CONFERENCE**

**MOTION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [11]**

Motion hearing held. The Court hears oral argument from the parties. For the reasons stated on the record, the Court **GRANTS** the Motion to Remand Case to Orange County Superior Court [11].

In light of the remand, the Scheduling Conference is **MOOT.**

                                                                                                    0  :  13

                                                          Initials of Deputy Clerk    mku

cc: